**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00340-CR**
**NO. 09-18-00341-CR**

_____

**JOSEPH ALEXANDER SWANSEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 411th District Court**
**Polk County, Texas**
**Trial Cause Nos. 24962 and 24963**

**MEMORANDUM OPINION**

Joseph Alexander Swansey has filed a motion to dismiss his appeals. *See* Tex.

R. App. P. 42.2. A request to dismiss the appeals is signed by appellant personally

and joined by counsel of record. No opinion has issued in the appeals. The motion

is granted, and the appeals are therefore dismissed.[1]

---

[1] In his motion to dismiss, Swansey expressly excluded Appeal Nos. 09-18-00342-CR, 09-18-00343-CR, 09-18-00344-CR, 09-18-00345-CR, 09-18-00346-

APPEALS DISMISSED.


_____
HOLLIS HORTON
Justice


Submitted on December 4, 2018
Opinion Delivered December 5, 2018
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.

---

CR, 09-18-00347-CR, and 09-18-00348-CR. Appellant's brief on the merits for those appeals is due November 29, 2018.